1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10
11
12
13
14
15

BANK OF AMERICA, N.A.,                           )
                                                 )
                      Plaintiff(s),              )          Case No. 2:15-cv-00860-JCM-NJK
                                                 )
vs.                                              )          ORDER DENYING STIPULATION
                                                 )          TO EXTEND
PREMIER ONE HOLDINGS, INC., et al.,              )
                                                 )          (Docket No. 12)
                      Defendant(s).              )
_____ )

16    Pending before the Court is a stipulation to extend time, Docket No. 12, which is hereby

17  DENIED. *See* Local Rule 6-1(b) (stipulations to extend time must "state the reasons for the extension

18  requested").

19          IT IS SO ORDERED.

20          DATED: June 3, 2015

21                                              _____
22                                              NANCY J. KOPPE
                                                United States Magistrate Judge
23
24
25
26
27
28