JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
sgutierrez@lipsonneilson.com

*Attorney for Defendant Augusta Belford & Ellingwood HOA*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff.<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC.; AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:  2:15-cv-00860-~~JMC~~-NJK   JCM<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsels that Defendant AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION shall have through and including **June 19, 2015**, within which to file and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 3

serve a response to Plaintiff's Complaint. This is the first extension from the original due date of May 28, 2015, and the parties' second request. *See*, Docket Entry No. 12, and subsequent order denying the first request, Docket Entry No. 13.

Pursuant to Local Rule 6-1(b), the parties state the reason for the continuance is that Belford HOA requires more time to evaluate and to respond to Bank of America's Complaint. The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating one another given the overall increase in litigation in this area of law.

Dated this 3rd day of June, 2015.

AKERMAN LLP

By: /s/ *Allison R. Schmidt*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 634-5000
*Attorney for Plaintiff*
*Bank of America, N.A.*

Dated this 3rd day of June, 2015.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ *Siria L. Gutierrez*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500
*Attorney for Defendant*
*Augusta Belford & Ellingwood HOA*

**ORDER**

IT IS SO ORDERED.

DATED this __4th__ of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ Siria L. Gutierrez*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500
*Attorney for Defendant*
*Augusta Belford & Ellingwood HOA*