ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ERIC S. POWERS, ESQ.
Nevada Bar No. 12850
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
            eric.powers@akerman.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. | Case No.: 2:15-cv-00860-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS [DKT. 16]** |
| PREMIER ONE HOLDINGS, INC.; AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | **(Second Request)** |
| Defendants. | |

Bank of America, National Association (**BANA**) and defendant Augusta Belford and Ellingwood Homeowners Association (**Augusta**) hereby stipulate and agree, through their respective counsel of record, that BANA shall have an additional 14 days, up to and including July 30, 2015 to file their response to Augusta's Motion to Dismiss.  The reason for the extension is due to internal case transitioning for counsel for BANA.  This is a short request for an extension of time and is not intended for the purpose of prejudice or delay to any party.

Augusta filed its Motion to Dismiss on June 19, 2015.  ECF No. 16.  BANA's Response is currently due on July 16, 2015.  Pursuant to Stipulation of the parties, US Bank shall have an additional fourteen days until July 30, 2015 to file its Response to Augusta's Motion to

{34594852;1}

Dismiss.

Dated this 16th day of July, 2015.

| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | AKERMAN LLP |
|---|---|
| By: /s/ *Siria L. Gutierrez*<br>    JOSEPH P. GARIN, ESQ.<br>    Nevada Bar No. 6653<br>    SIRIA L. GUTIERREZ, ESQ.<br>    Nevada Bar No. 11981<br>    9900 Covington Cross Drive, Suite 120<br>    Las Vegas, NV 89144<br>    (702) 382-1500<br>*Attorney for Defendant*<br>*Augusta Belford & Ellingwood HOA* | By: /s/ *Eric S. Powers*<br>    ARIEL E. STERN, ESQ.<br>    Nevada Bar No. 8276<br>    ERIC S. POWERS, ESQ.<br>    Nevada Bar No.12850<br>    1160 Town Center Drive, Suite 330<br>    Las Vegas, Nevada 89144<br>    Telephone:   (702) 634-5000<br>    Facsimile:    (702) 380-8572<br>    Email:  ariel.stern@akerman.com<br>    Email:  eric.powers@akerman.com |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: July 17, 2015

{34594852;1} 2