ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ERIC S. POWERS, ESQ.
Nevada Bar No. 12850
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
          eric.powers@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>                    Plaintiff,<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC.; AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants. | Case No.: 2:15-cv-00860-JCM-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PREMIER ONE HOLDINGS, INC.'S MOTION TO DISMISS [DKT. 20]**<br><br>**(First Request)** |

Bank of America, National Association (**BANA**) and Defendant Premier One Holdings, Inc. (**Premier**) hereby stipulate and agree, through their respective counsel of record, that BANA shall have until and through October 27, 2015 to file their response to Premier's Motion to Dismiss. The reason for the extension is to gather additional information regarding assertions stated in Premier's Motion. This request is submitted in good faith without the purpose of prejudice or undue delay.

///

///

///

{36443832;1}

Premier filed its Motion to Dismiss on September 3, 2015. ECF No. 26. Pursuant to stipulation of the parties, BANA shall have an additional 14 days until October 27, 2015 to file its Response to Premier's Motion to Dismiss.

| **AKERMAN, LLP** | **SANDE LAW GROUP** |
|---|---|
| */s/ Eric S. Powers, Esq.* | */s/ Sarah G. Peacock, Esq.* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>ERIC S. POWERS, ESQ.<br>Nevada Bar No. 12850<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>(702) 634-5000<br><br>*Attorneys for Bank of America* | SARAH G. PEACOCK, ESQ.<br>Nevada Bar No. 8461<br>BRIAN A. MORRIS, ESQ.<br>Nevada Bar No. 11217<br>6077 S. Fort Apache Rd. Suite 130<br>Las Vegas, NV 89148<br>(702) 997-0066<br><br>*Attorneys for Premier One Holdings, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: October 28, 2015

{36443832;1} 2