LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
sgutierrez@lipsonneilson.com

*Attorneys for Augusta Belford and Ellingwood HOA*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                    Plaintiff.<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC.;<br>AUGUSTA BELFORD AND<br>ELLINGWOOD HOMEOWNERS<br>ASSOCIATION; DOE INDIVIDUALS I-X,<br>inclusive, and ROE CORPORATIONS I-X,<br>inclusive,<br><br>                    Defendants. | CASE NO.: 2:15-CV-00860-JCM-NJK<br><br>**STIPULATION AND ORDER TO TAKE RULE 30(B)(6) DEPOSITION OF AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION HOA OUTSIDE THE CLOSE OF DISCOVERY**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel to take the deposition of 30(b)(6) Witness for AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION ("Augusta Belford") on or before March 29, 2016, outside the close of discovery. Discovery closes on March 9, 2016. The parties further stipulate and understand that the taking of this deposition outside the close of discovery will not affect or alter the any pending deadlines, the dispositive motions deadline or the joint pre-trial deadline. The parties are not seeking an extension of any deadlines.

\ \ \

## REASONS FOR NECESSITY OF STIPULATION

Bank of America noticed Augusta Belford's FRCP 30(b)(6) deposition to take place on March 8, 2016. August Belford timely notified Bank of America's counsel that the Association's designated witness was unavailable on the noticed date due to a prior commitment and is available later this month. In an effort to cooperate and accommodate the deponent's schedule, the parties have agreed to conduct Augusta Belford's FRCP 30(b)(6) deposition, on or before March 29, 2016. All other discovery has been completed or will be completed in this matter during the discovery period. This stipulation is made by the parties in good faith, not for the purpose of delay, and is also a professional courtesy to accommodate the deponent.

## DISCOVERY COMPLETED

| | | |
|---|---|---|
| 1) | Augusta Belford served written discovery | November 4, 2015 |
| 2) | BANA served responses to Augusta Belford's Written discovery | January 15, 2016 |
| 3) | BANA served written discovery on Augusta Belford And Premier One Holdings, Inc. | February 5, 2016 |

## DISCOVERY PENDING

| | | |
|---|---|---|
| 1) | BANA deposition of Premier One Holdings, Inc. 30(b)(6) Witness | March 8, 2016 |
| 2) | BANA Deposition of Nevada Association Services, Inc. | March 8, 2016 |
| 3) | Premier One Holdings, Inc. deposed 30(b)(6) Witness for BANA | March 8, 2016 |

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

This stipulation is made in good faith and not for purposes of delay.

DATED this 7th day of March, 2016.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ Siria L. Gutierrez*
  Joseph P. Garin, Esq.
  Siria L. Gutierrez, Esq.
  9900 Covington Cross Dr., Suite 120
  Las Vegas, NV  89144

  *Attorneys for Augusta Belford and Ellingwood HOA*

DATED this 7th day of March, 2016.

AKERMAN, LLP

By: */s/ Donna M. Wittig*
  Ariel E. Stern, Esq.
  Donna M. Wittig, Esq.
  1160 Town Center Dr., Ste. 330
  Las Vegas, NV  89144

  *Attorneys for Plaintiffs*

DATED this 7th day of March, 2016.

MORRIS & MORRIS

By: */s/ Sarah A. Morris*
  Sarah A. Morris, Esq.
  Brian A. Morris, Esq.
  6085 W. Twain Avenue, Suite 201
  Las Vegas, NV 89103

  *Attorneys for Premier One Holdings, Inc.*

## ORDER

IT IS SO ORDERED.

DATED this __8th__ day of __March__, 2016.

_____
UNITED STATES MAGISTRATE JUDGE